**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Mickell Javan Patrick,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-02728-PHX-DWL

**ORDER**

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 12). The R&R, which was issued on August 13, 2026, recommends that the Petition "be granted in part and . . . that Respondents be ordered to hold a bond hearing in the first instance." (Doc. 12 at 4.)

Under Rule 72(b)(2) of the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court adopts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are

filed.”). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (“[T]he district judge must review the magistrate judge’s findings and recommendations de novo *if objection is made*, but not otherwise.”).

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 12) is **accepted**.

2. The Petition (Doc. 1) is **granted in** part, in that Petitioner shall be provided a bond hearing in the first instance.

3. Respondents shall provide Petitioner such hearing within seven (7) business days of the entry of judgment.

4. Respondents shall file a notice of compliance within three (3) days of providing Petitioner a hearing.

5. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 1st day of September, 2026.

Dominic W. Lanza
United States District Judge